TALLEY, *Clerk of the District Court*, v. MARKHAM *et al.*

No. 4103.   Opinion Filed January 26, 1910.

(146 Pac. 434.)

*Error from District Court, Cherokee County;*

*John H. Pitchford, Judge.*

Action by C. D. Markham and Fortner G. Markham, partners doing business as Tahlequah Lumber Company, against A. H. Dykes, guardian of Tony R. Dykes, Dover A. Dykes, Roxy G. Dykes, and Bynk Dykes, and the First National Bank of Tahlequah. From an order directing W. H. Talley, as Clerk of the District Court, to pay over the sum of $1,553.54 to the defendants in error, Talley appeals. Dismissed.

*J. I. Coursey,* for plaintiff in error.

*Bruce L. Keenan,* for defendants in error.

Dykes v. Markham et al.

Opinion by GALBRAITH, C. The petition in error and transcript were filed in this court on June 20, 1912, and the cause was regularly submitted on the 18th day of January, 1915.

No brief has been filed by plaintiff in error, as required by rule 7 (38 Okla. vi, 137 Pac. ix) of this court, and the appeal should therefore be dismissed.

By the Court: It is so ordered.